**UNITED STATES of America,**
**Appellee,**

v.

**Eugene Carlos HILL, Appellant.**

**No. 03–3029.**

United States Court of Appeals,
Eighth Circuit.

Submitted March 18, 2004.

Decided March 23, 2004.

Antoinette Decker, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

Eugene Carlos Hill, Marion, IL, pro se.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Eugene Hill, a federal inmate, pleaded guilty to a drug conspiracy offense in June 2002. In October 2002 the district court[1] sentenced him to 70 months imprisonment and 4 years supervised release. Hill subsequently filed a motion with the district court requesting credit against his sentence for the time he had spent under house arrest before his incarceration. The district court denied the motion and, after careful review of the record, we affirm.

We conclude that the district court did not err in denying Hill's motion, because he failed to exhaust his administrative remedies by first presenting his claim to the Bureau of Prisons (BOP). *See United States v. Chappel,* 208 F.3d 1069, 1069 (8th Cir.2000) (per curiam). However, we modify the district court's order to be without prejudice so that, after exhausting his BOP remedies, Hill may file an appropriate 28 U.S.C. § 2241 petition if he wishes. *See id.* at 1069–70.

---

1. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.